■ MICHAEL CALVAGNO et al., Appellants, v NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, Respondent.

A party may not appeal from an order entered upon his default, the proper remedy being an application to vacate the default, made to the court which issued the order (*Montalvo v Key Indus.,* 98 AD2d 767; *Boylan v Health Ins. Plan,* 74 AD2d 835; *Morse v Morse,* 67 AD2d 750). Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.